UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ANTHONY WILLIAMS,

        Plaintiff,

    -against-

NYS OFFICE OF MENTAL HEALTH,
et al.,

        Defendants.
------------------------------------------------------X

No. 10-CV-1022

ORDER

**Townes, U.S.D.J.**

Plaintiff commenced this action on March 5, 2010 and moved for a preliminary injunction under Fed. R. Civ. P. 65 enjoining the Defendants during the pendency of the action from forcefully dispensing medication to Plaintiff. The Court issued an Order to Show Cause dated March 29, 2010, ordering Defendants to show cause before this Court, by a written submission, why a preliminary injunction should not be issued. On April 5, 2010, Plaintiff filed an Amended Complaint and requested that a new order to show cause be issued. The Court declines to issue another Order to Show Cause because it appears that Plaintiff is seeking the same relief sought in the earlier motion.

**SO ORDERED.**

/S/
SANDRA L. TOWNES
United States District Judge

Dated:    Brooklyn, New York
           April /2, 2010