**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHONY WILLIAMS,
                         Plaintiff,

         - against -

NYS OFFICE OF MENTAL HEALTH, et al.,
                         Defendants.
-------------------------------------------------------------X

**ORDER**

10-CV-1022 (SLT) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      The motion is deemed a motion to amend the Amended Complaint to identify defendant Gary Doe as Ralph Jones and defendant Alice Doe as Allison Belliotte. I grant that motion and direct the U.S. Marshals Service to serve the Summons and Amended Complaint on these defendants. I direct counsel for the defendants to serve a copy of this order on the plaintiff and to file proof of such service no later than June 21, 2010.

      **SO ORDERED.**

Dated: Brooklyn, New York
       June 14, 2010

                                                    /s/ James Orenstein
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge