Sworn under penalty
perjury this ___ day of
November 2011

/s/

28 USC 1776

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 30 2011 ★
BROOKLYN OFFICE

/s/
Anthony Williams
Pro se
349-111-7855
18-18 Haren St
East Albany NY
11370

So Ordered.

The instant motion is hereby respectfully referred to Magistrate Judge Orenstein.

_____
U.S.D.J.    11/28/11

dm

United States District Court
Eastern District of New York

Anthony Williams

v.

NYS OMH et al

Affidavit of Service
10CV1022

State of NY,
County of Queens ) ss

Anthony Williams deposes and says. I did serve upon the Defendants and Then Attorney the motion for Injunctive Relief by Sending 2 copies to the following: Clerk of court, USDC, Eastern Dist, 225 Cadman Plaza, Bklyn NY; Corporation Counsel, 100 Church St, NY NY

by placing to be delivered US mail 1st class, in mailbox located 18-18 Kaiser St.

Sworn under penalty of perjury on this ___ day of November
_____ 1776

Anthony Williams
18-18 Kaiser St, LIC NY

United States District Court
Eastern District of New York

Anthony Williams
  -vs-
NYS OMH et al

Notice of Rule 65
Temporary restraining order
and Preliminary Injunction

10CV1022

Dear Judge,

Anthony Williams, on the 7th day of November 2011, was ordered to receive a CPL 730 exam. This situation in past has resulted in the suit against commissioner of mental Health who is responsible for 730 exam and procedure to persons unfortunate to receive needed exams. Judge CPL 730.20 and 730.30 have a statutory rights for a Doctor presence and a hearing. That was never in past afforded the plaintiff Anthony Williams. Indeed on Nov 14, 2011, the OMH defendants attempted to again exam the plaintiff without a private Doctor presence in violation of state law. I am presently awaiting the Injunction form from the pro se clerk, as the process is now undertaking by the defendants in 10CV02 who has repeatedly in policy and customs Deprived

P1

this channel of equal protection of law, thru unfair, biased and discriminatory Process of treating unconvicted detainees as convicted of accusatory instruments.

Where fore the Plantiff moves this Court to enjoin all Defendents agents and OMH facilities from, evaluation, Reports or otherwise recommending hospitalization without having expert witness private Doctors, or from utilizing past records not consistant with present observations, or acts.

The conduct and Disruction in past has resulted in 10CV1022, injuries and the attempt on Nov 14, 2011 to continue with the Disruction of process, and due Abuse by my state, and OMH who is a Bi phahsen organization entrusted with securing rights of mentals ill. or handicapped

Your honor, the criminal court Judge nor the Lawyer can be sued because, they only refer a case for medical evaluation to the OMH or its Commissioner CPL 730.10 P2.

The Commissioner of Office of Mental Health is the responsible for professional medical certainty that is a standard the commissioner must establish and maintain, illuminating Bias or other Discriminatory Practices and NY case law administers past 730 evaluations as criteria for fitness. 618 NYS2d 643

Further Due Process Does not allow hospitalization as alternative to punishment or incarceration especially In the Benefit of a Doubt, Innocent until proven guilty, so a simple criminal complaint can not be proof of a guilty act by anyone mentally ill or otherwise equal justice an easily mistaken idea by legal lay persons CPL 330.30 – Guilty by mental illness and CPL 730. Fitness to proceed.

Post and Present injuries.
Several past 730 resulted in unsure unspecified hospitalization based on past 730 exams these report are not based on actual hospital records which are confidential and
See exhibit A

P.5

cannot be used by Doctors under NY State Mental Hygiene Laws, nor medical profession Dogma. A person is not treated for past illness but the present reason for seeking medical opinion, Diagnosis, Psychiatrist as medical practitioners

The selective prosecution, Dismissal for minor offenses, and Final commitment for misdemeanor and not for felony charges (see exhibit A+B) Temporary committed is Bias and Depriving misdemeanor offenders Due Process, with extended Loss of liberty for the unfortunate Defendants who are Selected this Bias 730 procedure, who once Placed in the Commissioner of mental Health then suffer indefinate hardship loss of liberty and then although not suffering from any psycotic symptoms are forced to take Anti psycotic meds as a pre-requisitive of ① Discharge from hospital or ② restricted Services and programs Due to medication non-compliance
M.

Case 1:10-cv-01022-SLT-JO   Document 124   Filed 11/30/11   Page 7 of 8 PageID #: 1101
Case 1:10-cv-01022-SLT-JO   Document 121   Filed 11/21/11   Page 5 of 8 PageID #: 1083

Fallen.. The Plaintiff - petitioner has never been found unfit or Incompetent by any treating Physician and, It is slanderous for a evaluating physician under C.P.L 730, who sees a person for 5 minutes, without follow-up or person interview Should be able to overcome the Burden of Presume Sanity. It is a vast Bias and Discrimnatory process to Deprive Person of Due process, Speedy trial and unconstitutional loss of liberty

See exhibit B and A

Wherefore this Injunctive Relief is herein Sought to prevent harm and Injury not limited to Denial of Due process and equal Protection of law,

P.S.

Enjoining the Defendants and his agents from, Depriving the plaintiff equal Protection of Law, ~~namely~~ namely CPL 730.20 (1) A private Doctor at the evaluation (2) a recorded or stenographer at evaluation, (3) the production of 730.30 Noc(2) CPL

- The Plaintiff did seek Federal Court action Due to the (1) Justice in past and the policy and Custom of medical Indifference, that is herein repeated by the Commissioner of OMH and its agents, In the Abuse of Due Process Procedural Denied the plaintiff.

P4.