Sworn under penalty of
perjury this ___ day of
November 2011

/s/ Anthony Williams

28 USC 1776

Anthony Williams
Pro se
349-111-7955
18-18 Idaen St
East Elmhurst
11370

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 30 2011 ★
BROOKLYN OFFICE

So Ordered.

The instant motion is hereby respectfully referred to Magistrate Judge Orenstein.

_____
U.S.D.J.   11/28/11

United States District Court
Eastern District of New York

Anthony Williams

v.

NYS OMH et al

Affidavit of Service
10CV1022

State of NY,
County of Queens ) ss

Anthony Williams deposes and says. I did serve upon the Defendants and Hon Anthony the motion for Injunctive Relief by forwarding 2 copies to the following: Corporation Counsel 100 Church St NY NY; Clerk of Court, USDC, Eastern Dist 225 Cadman Plaza Bklyn NY

by placing to be delivered US mail 1st class, in mailbox located 18-18 Edson St.

Sworn under penalty of perjury this ___ day of November

Anthony Williams
18-18 Edson St Sec E NY

United States District Court
Eastern District of New York

Anthony Williams
-vs-
NYS OMH et al

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 21 2011 ★
BROOKLYN OFFICE

Nov 21, '03

Notice of Rule 65
Temporary restraining order
and preliminary injunction
10CV1022

Dear Judge,

Anthony Williams, on the 7th day of November 2011, was ordered to receive a CPL 730 exam this situation in past has resulted in the suit against commissioner of mental Health who is responsible for 730 exam and procedure to persons unfortunate to receive needed exams Judge CPL 730.20 and 730.30 have a statutory rights for a Doctor presence and a hearing. That was never in past afforded the plaintiff Anthony Williams Indeed on Nov 14, 2011, the OMH defendants attempted to again exam the plaintiff without a private Doctor presence in violation of state law, I am presently awaiting the injunction form from the Pro Se clerk, as the process is now undertaking by the defendants in 10CV02 who has repeatedly in policy and customs deprived

P1

this chain of equal protection of law, thru unfair, biased and discriminatory process of treating non convicted detainees as convicted of accusatory instruments.

Where fore the Plaintiff moves this Court to enjoin all Defendants agents and OMH facilities from evaluation, reports or otherwise recommending hospitalization without having expert witness private doctors, or from utilizing past records not consistent with present observations, or acts.

The conduct and disruption in past has resulted in 10CV1022, injuries and the attempt on Nov 14, 2011 to continue with the disruption of process, and due Abuse by my state, and OMH who is a Bi partisan organization entrusted with securing rights of mentally ill, or handicapped.

Your honor, the criminal court Judge nor the Lawyer can be sued because, they only refer a case for medical evaluation to the OMH or it's commissioner CPL 730.10 P2.

The Commissioner of Office of Mental Health is the responsible for professional medical certainty that is a standard the commissioner must establish and maintain, illuminating bias or other Discriminatory practice and NY case law administers past 730 evaluations as criteria for fitness 618 NYS2d 643

Future Due Process does not allow hospitalization as alternative to punishment or incarceration especially in the benefit of a doubt, Innocent until proven guilty, so a simple criminal complaint can not be proof of a guilty act by anyone mentally ill or otherwise equal justice an easily mistaken idea by legal lay persons CPL 330.30 – Guilty by mental illness and CPL 730. Fitness to proceed.

Past and Present injuries.
Several past 730 resulted in unsure unspecified hospitalization based on past 730 exams these reports are not based on actual hospital records which are confidential and
see exhibit A

Prb

cannot be used by doctors under NY State Mental Hygiene Laws. Nor medical profession Dogma. A person is not treated for past illness but the present reason for seeking medical opinion, Diagnosis. Psychiatrist as medical practitioners

The selective prosecution Dismissal for minor offenses, and Final commitment for misdemeanor and not for Felony Charges Temporary committee is Bias and Depriving misdemeanor offenders Due Process, with extended loss of liberty for the unfortunate Defendants who are selected this Bias, 730 procedure, who once placed in the Commissioner of Mental Health then suffer indefinate hardship loss of liberty and then although not suffering from any Pyscotic Symptoms are forced to take Anti Pyscotic meds as a pre-requisitive of ① Discharge from hospital or ② restricted Services and Programs Due to medication non-compliance

see exhibit A+B

Fallen.. The Plaintiff - petitioner has never been found unfit or Incompetent by any treating Physician and, It is Slanderous for a evaluating Physician under C.P.L 730, who sees a person for 5 minutes, without follow-up or person involved should be able to overcome the Burden of Presume Sanity. It is a vast Bias and Discrimnatory process to Deprive Person of Due process, Speedy trial and unconstitutional loss of liberty

See exhibit B and A
_____

Wherefore this Injunctive Relief Is herein Sought to prevent harm and Injury not limited to Denial of Due process and equal protection of law.

Ps.

Enjoining the Defendants and his Cogents from, Depriving the Plaintiff equal Protection of Law, ~~namely~~ namely CPL 730.20 (1) A private Doctor at the evaluation (2) a recorded or stenographer at evaluation, (3) The production of 730.30 No(2) CPL

-The Plaintiff did seek Federal Court Action Due to the (1) Justice in past and the policy and custom of medical Indifference, that is herein repeated by the Commisioner of OMH and its agents, In the Abuse of Due process Procedural Denied the Plaintiff.

p4.