UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY WILLIAMS,                                             ORDER
                    Plaintiff,
     - against -
NYS OFFICE OF MENTAL HEALTH, et al.,                          10-CV-1022 (SLT) (JO)
                    Defendants.
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       In the absence of any response from the plaintiff, I grant the motion for reconsideration. The order dated August 3, 2015, docket entry 207, is modified to allow the defendants to complete the plaintiff's deposition by October 30, 2015. In all other respects, discovery remains closed. Any party seeking to file a motion for summary judgment may submit a request for a pre-motion conference by November 30, 2015. Should no such motion be sought, the parties must contact the Judge Townes's chambers by the same deadline of November 30, 2015, to schedule a pretrial conference and the submission of a joint pretrial order. Counsel for the defendants is respectfully directed to provide a copy of the attached order to the plaintiff.

       SO ORDERED.

Dated: Brooklyn, New York
       August 21, 2015

                                                                                        /s/
                                                                    JAMES ORENSTEIN
                                                                    U.S. Magistrate Judge